IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02069-REB-BNB

JOSUE MARMOLEJO, a minor by and through his parents and next friends, Ricio and Julio Marmolejo,

Plaintiff,

v.

SEARS ROEBUCK AND COMPANY, a New York corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Withdraw Suanne M. Dell as Attorney of Record** [docket no. 18, filed February 12, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and attorney Suanne M. Dell is withdrawn from the representation of defendant and is to be removed from the electronic mailing.

DATED:  February 13, 2007