IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02069-REB-BNB

JOSUE MARMOLEJO, a minor, by and through his parents and next friends, ROCIO and MARMOLEJO,

    Plaintiffs,

v.

SEARS, ROEBUCK AND COMPANY, a New York corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before me on the **Stipulation For Dismissal With Prejudice** [#27], filed December 13, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#27], filed December 13, 2007, is **APPROVED**;

    2. That the Trial Preparation Conference set for March 21, 2008, is **VACATED**;

    3. That the jury trial set to commence April 7, 2008, is **VACATED**; and

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated December 13, 2007, at Denver, Colorado.

                                                 **BY THE COURT:**
                                                 s/ Robert E. Blackburn
                                                 **Robert E. Blackburn**
                                                 **United States District Judge**